**DENY and Opinion Filed May 27, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00515-CV

### IN RE TERESA WARD COOPER, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00556-2021**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Relator's May 26, 2022 petition for writ of mandamus challenges the trial court's failure to rule on her pending "Application for Peremptory Writ of Mandamus, and For Appointment of District Clerk Pro Tempore." Relator also asks us to direct the trial court to vacate the notice of its intent to dismiss the underlying suit for want of prosecution.

Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that she has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record before us, we conclude that relator has an adequate remedy by appeal. *See* TEX. R. APP. P. 52.8(a); *see In re Brown*, No. 05-

14-00169-CV, 2014 WL 1031043, at *1 (Tex. App.—Dallas Feb. 26, 2014, orig. proceeding) (mem. op.) (noting that relator has adequate remedy to challenge the trial court's dismissal of case for want of prosecution despite pending motion to compel arbitration and objection to date of dismissal hearing).

Accordingly, we deny the petition for writ of mandamus. Having denied the petition, we also deny relator's May 26, 2022 emergency motion as moot.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220515F.P05